THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN P. WARNER, Respondent.

*People* v. *Warner*, 116 App. Div. 863, appeal dismissed.
(Submitted April 16, 1908; decided April 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

January 29, 1907, which reversed an order of the Suffolk County Court affirming a judgment of the Court of Special Sessions of the town of Southampton convicting the defendant of a violation of the Forest, Fish and Game Law.

*George H. Furman* for appellant.

*Charles M. Stafford* for respondent.

Appeal dismissed ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.